## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Jonathan Farley,** | : | **Chapter 13** |
| | : | |
| | : | **Case No. 26-12264 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** the Debtor having failed to file the required documents, <u>see</u> doc. #6;

It is hereby **ordered** that the bankruptcy case is **dismissed**.

*Patricia M. Mayer*

**Date:  6/11/26**

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jonathan Farley
2148 Georgetown Dr.
Lancaster, PA 17601